UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Petty, Janice | § | Case No. 18-02618 |
| | § | |
| | § | |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/30/2018. The undersigned trustee was appointed on 01/31/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 7,500.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 0.00 |
| Bank Service Fees | | 0.00 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 7,500.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was 07/13/2018 and the deadline for filing governmental claims was 07/30/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

      7. The Trustee's proposed distribution is attached as **Exhibit D.**

      8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $1,500.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $1,500.00, for a total compensation of $1,500.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $8.00 for total expenses of $8.00

      Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date :   12/12/2018                               By :   /s/ Elizabeth C. Berg
                                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Case 18-02618    Doc 26    Filed 02/04/19    Entered 02/04/19 10:31:56    Desc Main
              Document       Page 3 of 11

Page 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 18-02618  
Case Name: Petty, Janice  
For Period Ending: 12/12/2018  

Judge: Janet S. Baer  

Trustee Name: Elizabeth C Berg  
Date Filed (f) or Converted (c): 01/30/2018 (f)  
341(a) Meeting Date: 02/26/2018  
Claims Bar Date: 07/13/2018  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Dresser, Credenza, Nightable, 2 Wing chairs, Wicker chair and Ottoman, Music stand, Corner cabinet, Double bed and Iron frame, Secreatry, 3 End tables, Drop leaf table, Lamps | 1,275.00 | 50.00 | | 50.00 | FA |
| 2. Artwork and collectibles | 750.00 | 50.00 | | 50.00 | FA |
| 3. Necessary wearing apparel | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous jewelry | 3,500.00 | 100.00 | | 100.00 | FA |
| 5. Mink fur coat | 8,600.00 | 100.00 | | 100.00 | FA |
| 6. Checking Acct #xxxxx7896 Crystal Lake Bank | 289.13 | 0.00 | | 0.00 | FA |
| 7. Checking Acct #xxxxxx5073 Crystal Lake Bank | 4,048.30 | 599.00 | | 599.00 | FA |
| 8. Metlife Computershare Stock | 261.71 | 0.00 | | 0.00 | FA |
| 9. IRA Acct # xxxx9579 | 44,000.00 | 0.00 | | 0.00 | FA |
| 10. Income Tax Refunds | 6,744.00 | 6,601.00 | | 6,601.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 71,968.14 | 7,500.00 | | 7,500.00 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

December 12, 2018: Trustee recovered the settlement proceeds ($7,500.00) as approved by this Court's order [Dkt. 24]. Trustee reviewed and analyzed claims. Trustee determined that the claim filed by IRS was not valid. Trustee contacted IRS and, thereafter, IRS amended its claim to assert $0 owed. Trustee prepared her TFR.

October 12, 2018: Trustee reached a settlement with the Debtor on account of the Estate's claims for recovery of a 2015 tax refund, non-exempt funds in the Debtor's SEP/IRA and miscellaneous personal property ("Estate's Claims"). This Court approved the proposed settlement pursuant to an order dated May 4, 2018 [Dkt. 24] such that the Estate will recover $7,500.00 on account of the Estate's Claims, conditioned upon receipt of the 2015 refund from the IRS. In mid-October, 2018, the Trustee was informed that the IRS had issued the 2015 refund and that Debtor is remitting settlement proceeds to TR.. Upon receipt of same, Trustee will

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 18-02618 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: Petty, Janice | | Date Filed (f) or Converted (c): 01/30/2018 (f) |
| | | 341(a) Meeting Date: 02/26/2018 |
| For Period Ending: 12/12/2018 | | Claims Bar Date: 07/13/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

review/resolve claims and prepare her TFR.

**Initial Projected Date of Final Report(TFR) :** 03/31/2019      **Current Projected Date of Final Report(TFR) :** 12/14/2018

**Trustee's Signature**      /s/Elizabeth C Berg              **Date:** 12/12/2018
Elizabeth C Berg
P. O. Box 2399
Glen Ellyn, IL 60138-2399
Phone : (312) 726-8150

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 18-02618 | |
| Case Name: | Petty, Janice | |
| Taxpayer ID No: | **-***4371 | |
| For Period Ending: | 12/12/2018 | |

| | | |
|---|---|---|
| Trustee Name: | Elizabeth C Berg | |
| Bank Name: | Texas Capital Bank | |
| Account Number/CD#: | ******9758 Checking Account | |
| Blanket bond (per case limit): | 5,000,000.00 | |
| Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/10/2018 | | Petty, Janice M<br>3906 S. Cherry Valley Road<br>Woodstock, IL 60098-8141 | Proceeds of settlement with Debtor re 2015 tax refund, bank account and personal property | | 7,500.00 | | 7,500.00 |
| | [10] | | Income Tax Refunds | 6,601.00 | 1124-000 | | |
| | [1] | | Household Goods | 50.00 | 1129-000 | | |
| | [2] | | Artwork and collectibles | 50.00 | 1129-000 | | |
| | [4] | | Miscellaneous jewelry | 100.00 | 1129-000 | | |
| | [5] | | Mink fur coat | 100.00 | 1129-000 | | |
| | [7] | | Checking acct #5073 Crystal Lake Bank | 599.00 | 1129-000 | | |
| | | | | Page Subtotals | 7,500.00 | 0.00 | |

| | | | |
|---|---|---|---|
| | **COLUMN TOTALS** | 7,500.00 | 0.00 |
| | Less:Bank Transfer/CD's | 0.00 | 0.00 |
| | **SUBTOTALS** | 7,500.00 | 0.00 |
| | Less: Payments to Debtors | | 0.00 |
| | **Net** | 7,500.00 | 0.00 |

| | | TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| All Accounts Gross Receipts: | 7,500.00 | | | | |
| All Accounts Gross Disbursements: | 0.00 | | | | |
| All Accounts Net: | 7,500.00 | | | | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 18-02618 | Trustee Name: | Elizabeth C Berg |
| Case Name: | Petty, Janice | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******9758 Checking Account |
| Taxpayer ID No: | **-***4371 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 12/12/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | ******9758 Checking Account | | 7,500.00 | 0.00 | |
| | | | **Net Totals** | | **7,500.00** | **0.00** | **7,500.00** |

| Case: 18-02618 | | | | | | | Elizabeth C Berg Trustee |
| Petty, Janice | | | CLAIMS REGISTER | | | | Dated: Dec 12, 2018 |
| | | | | | | | EXHIBIT C Page 1 |

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| | Elizabeth C. Berg, Trustee<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399 | 2100-000<br>ADMIN | Valid To Pay | 1,500.00 | 1,500.00 | 0.00 | 1,500.00 | 0.00 |
| | Elizabeth C. Berg, Trustee<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399 | 2200-000<br>ADMIN | Valid To Pay | 8.00 | 8.00 | 0.00 | 8.00 | 0.00 |
| | Baldi Berg, Ltd.<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399 | 3110-000<br>ADMIN | Valid To Pay | 1,500.00 | 1,500.00 | 0.00 | 1,500.00 | 0.00 |

**ADMINISTRATIVE TOTAL**         3,008.00   3,008.00   0.00   3,008.00   0.00

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| 00002 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101 | 5800-000<br>PRIORITY | Valid To Pay | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**PRIORITY TOTAL**         0.00   0.00   0.00   0.00   0.00

Case: 18-02618
Petty, Janice

Elizabeth C Berg Trustee
Dated: Dec 12, 2018

CLAIMS REGISTER

EXHIBIT C Page 2

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| 00001 | Compass Bank Attn: Bankruptcy PO Box 10566 Birmingham, AL 35296 | 7100-000 UNSEC | Valid To Pay | 14,330.84 | 14,330.84 | 0.00 | 493.15 | 13,837.69 |
| 00003 | Toyota Motor Credit Corporation c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355 | 7100-000 UNSEC | Valid To Pay | 17,915.56 | 17,915.56 | 0.00 | 616.51 | 17,299.05 |
| 00004 | American Express Centurion Bank c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355 | 7100-000 UNSEC | Valid To Pay | 36,517.69 | 36,517.69 | 0.00 | 1,256.65 | 35,261.04 |
| 00005 | American Express Centurion Bank c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355 | 7100-000 UNSEC | Valid To Pay | 28,336.05 | 28,336.05 | 0.00 | 975.10 | 27,360.95 |
| 00006 | Wells Fargo Bank, N.A. Wells Fargo Card Services PO Box 10438 Des Moines, IA 50306 | 7100-000 UNSEC | Valid To Pay | 7,156.10 | 7,156.10 | 0.00 | 246.26 | 6,909.84 |
| 00007 | Greensky LLC 1797 Northeast Expy NE Ste 100 Brookhaven, GA 30329 | 7100-000 UNSEC | Valid To Pay | 26,280.11 | 26,280.11 | 0.00 | 904.33 | 25,375.78 |
| **UNSECURED TOTAL** | | | | 130,536.35 | 130,536.35 | 0.00 | 4,492.00 | 126,044.35 |

| | | | | | |
|---|---|---|---|---|---|
| **REPORT TOTALS** | | **133,544.35** | **133,544.35** | **0.00** | **7,500.00** | **126,044.35** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-02618
Case Name: Petty, Janice

Trustee Name: Elizabeth C Berg

Balance on Hand $7,500.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Elizabeth C. Berg, Trustee | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Trustee, Expenses: Elizabeth C. Berg, Trustee | $ 8.00 | $ 0.00 | $ 8.00 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd. | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 3,008.00 |
| Remaining Balance | | | $ 4,492.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00002 | Internal Revenue Service Centralized | $ 0.00 | $ 0.00 | $ 0.00 |
| Total to be paid to priority creditors | | | | $ 0.00 |
| Remaining Balance | | | | $ 4,492.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $130,536.35 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.4 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-TFR (5/1/2011) Page 10

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Compass Bank Attn: Bankruptcy | $ 14,330.84 | $ 0.00 | $ 493.15 |
| 00003 | Toyota Motor Credit Corporation c/o | $ 17,915.56 | $ 0.00 | $ 616.51 |
| 00004 | American Express Centurion Bank c/o | $ 36,517.69 | $ 0.00 | $ 1,256.65 |
| 00005 | American Express Centurion Bank c/o | $ 28,336.05 | $ 0.00 | $ 975.10 |
| 00006 | Wells Fargo Bank, N.A. Wells Fargo | $ 7,156.10 | $ 0.00 | $ 246.26 |
| 00007 | Greensky LLC | $ 26,280.11 | $ 0.00 | $ 904.33 |

Total to be paid to timely general unsecured creditors    $ 4,492.00

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE