UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Petty, Janice | § | Case No. 18-02618 |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 (Without deducting any secured claims) | Assets Exempt: $81,500.00 |
| Total Distributions to Claimants: $4,492.00 | Claims Discharged Without Payment: $214,016.35 |
| Total Expenses of Administration: $3,008.00 | |

3) Total gross receipts of $7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $3,008.00 | $3,008.00 | $3,008.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $13,241.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $200,194.00 | $130,536.35 | $130,536.35 | $4,492.00 |
| TOTAL DISBURSEMENTS | $213,435.00 | $133,544.35 | $133,544.35 | $7,500.00 |

4) This case was originally filed under chapter 7 on 01/30/2018. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :  03/21/2019            By :  /s/ Elizabeth C Berg
                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Income Tax Refunds | 1124-000 | $6,601.00 |
| Dresser, Credenza, Nightable, 2 Wing chairs, Wicker chair and | 1129-000 | $50.00 |
| Artwork and collectibles | 1129-000 | $50.00 |
| Miscellaneous jewelry | 1129-000 | $100.00 |
| Mink fur coat | 1129-000 | $100.00 |
| Checking Acct #xxxxxx5073 Crystal Lake Bank | 1129-000 | $599.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| | **TOTAL SECURED** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| Elizabeth C. Berg, Trustee | 2200-000 | NA | $8.00 | $8.00 | $8.00 |
| Baldi Berg, Ltd. | 3110-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,008.00 | $3,008.00 | $3,008.00 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | | $8,900.00 | NA | NA | $0.00 |
| | Internal Revenue Service | | $4,341.00 | NA | NA | $0.00 |
| 00002 | Internal Revenue Service | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $13,241.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00007 | Greensky LLC | 7100-000 | $26,203.00 | $26,280.11 | $26,280.11 | $904.33 |
| 00006 | Wells Fargo Bank, N.A. Wells | 7100-000 | $6,836.00 | $7,156.10 | $7,156.10 | $246.26 |
| 00005 | American Express Centurion | 7100-000 | $28,336.00 | $28,336.05 | $28,336.05 | $975.10 |
| 00004 | American Express Centurion | 7100-000 | $36,517.00 | $36,517.69 | $36,517.69 | $1,256.65 |
| 00003 | Toyota Motor Credit Corporation | 7100-000 | NA | $17,915.56 | $17,915.56 | $616.51 |
| 00001 | Compass Bank Attn: Bankruptcy | 7100-000 | $14,330.00 | $14,330.84 | $14,330.84 | $493.15 |
| | Barclays Bank Delaware | | $30,571.00 | NA | NA | $0.00 |
| | Chase Card | | $34,186.00 | NA | NA | $0.00 |
| | Citibank | | $23,215.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $200,194.00 | $130,536.35 | $130,536.35 | $4,492.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 4)

Page 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 18-02618 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | Petty, Janice | | | Date Filed (f) or Converted (c): | 01/30/2018 (f) |
| | | | | 341(a) Meeting Date: | 02/26/2018 |
| For Period Ending: | 03/21/2019 | | | Claims Bar Date: | 07/13/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Dresser, Credenza, Nightable, 2 Wing chairs, Wicker chair and Ottoman, Music stand, Corner cabinet, Double bed and Iron frame, Secreatry, 3 End tables, Drop leaf table, Lamps | 1,275.00 | 50.00 | | 50.00 | FA |
| 2. Artwork and collectibles | 750.00 | 50.00 | | 50.00 | FA |
| 3. Necessary wearing apparel | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous jewelry | 3,500.00 | 100.00 | | 100.00 | FA |
| 5. Mink fur coat | 8,600.00 | 100.00 | | 100.00 | FA |
| 6. Checking Acct #xxxxx7896 Crystal Lake Bank | 289.13 | 0.00 | | 0.00 | FA |
| 7. Checking Acct #xxxxxx5073 Crystal Lake Bank | 4,048.30 | 599.00 | | 599.00 | FA |
| 8. Metlife Computershare Stock | 261.71 | 0.00 | | 0.00 | FA |
| 9. IRA Acct # xxxx9579 | 44,000.00 | 0.00 | | 0.00 | FA |
| 10. Income Tax Refunds | 6,744.00 | 6,601.00 | | 6,601.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 71,968.14 | 7,500.00 | | 7,500.00 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**December 12, 2018:** Trustee recovered the settlement proceeds ($7,500.00) as approved by this Court's order [Dkt. 24]. Trustee reviewed and analyzed claims. Trustee determined that the claim filed by IRS was not valid. Trustee contacted IRS and, thereafter, IRS amended its claim to assert $0 owed. Trustee prepared her TFR.

**October 12, 2018:** Trustee reached a settlement with the Debtor on account of the Estate's claims for recovery of a 2015 tax refund, non-exempt funds in the Debtor's SEP/IRA and miscellaneous personal property ("Estate's Claims"). This Court approved the proposed settlement pursuant to an order dated May 4, 2018 [Dkt. 24] such that the Estate will recover $7,500.00 on account of the Estate's Claims, conditioned upon receipt of the 2015 refund from the IRS. In mid-October, 2018, the Trustee was informed that the IRS had issued the 2015 refund and that Debtor is remitting settlement proceeds to TR.. Upon receipt of same, Trustee will

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 18-02618 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: Petty, Janice | | Date Filed (f) or Converted (c): 01/30/2018 (f) |
| | | 341(a) Meeting Date: 02/26/2018 |
| For Period Ending: 03/21/2019 | | Claims Bar Date: 07/13/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

review/resolve claims and prepare her TFR.

**Initial Projected Date of Final Report(TFR) :** 03/31/2019        **Current Projected Date of Final Report(TFR) :** 02/01/2019

**Trustee's Signature**    /s/Elizabeth C Berg                    **Date:** 03/21/2019
Elizabeth C Berg
P. O. Box 2399
Glen Ellyn, IL 60138-2399
Phone : (312) 726-8150

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 1

| Case No: | 18-02618 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | Petty, Janice | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******9758 Checking Account |
| Taxpayer ID No: | **-***4371 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/21/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/10/2018 | | Petty, Janice M<br>3906 S. Cherry Valley Road<br>Woodstock, IL 60098-8141 | Proceeds of settlement with Debtor re 2015 tax refund, bank account and personal property | | 7,500.00 | | 7,500.00 |
| | [10] | | Income Tax Refunds        6,601.00 | 1124-000 | | | |
| | [1] | | Household Goods                50.00 | 1129-000 | | | |
| | [2] | | Artwork and collectibles          50.00 | 1129-000 | | | |
| | [4] | | Miscellaneous jewelry           100.00 | 1129-000 | | | |
| | [5] | | Mink fur coat                  100.00 | 1129-000 | | | |
| | [7] | | Checking acct #5073 Crystal Lake Bank     599.00 | 1129-000 | | | |
| 03/05/2019 | 51001 | Elizabeth C. Berg, Trustee<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399 | TR Final Compensation | 2100-000 | | 1,500.00 | 6,000.00 |
| 03/05/2019 | 51002 | Elizabeth C. Berg, Trustee<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399 | Trustee expenses | 2200-000 | | 8.00 | 5,992.00 |
| 03/05/2019 | 51003 | Baldi Berg, Ltd.<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399 | | 3110-000 | | 1,500.00 | 4,492.00 |
| | | | | Page Subtotals | 7,500.00 | 3,008.00 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 18-02618 | Trustee Name: Elizabeth C Berg |
| Case Name: Petty, Janice | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******9758 Checking Account |
| Taxpayer ID No: **-***4371 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 3/21/2019 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/05/2019 | 51004 | Compass Bank Attn: Bankruptcy<br>PO Box 10566<br>Birmingham, AL 35296 | Disb of 3.44% to Claim #00001 | 7100-000 | | 493.15 | 3,998.85 |
| 03/05/2019 | 51005 | Toyota Motor Credit Corporation c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | Disb of 3.44% to Claim #00003 | 7100-000 | | 616.51 | 3,382.34 |
| 03/05/2019 | 51006 | American Express Centurion Bank c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | Disb of 3.44% to Claim #00004 | 7100-000 | | 1,256.65 | 2,125.69 |
| 03/05/2019 | 51007 | American Express Centurion Bank c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | Disb of 3.44% to Claim #00005 | 7100-000 | | 975.10 | 1,150.59 |
| 03/05/2019 | 51008 | Wells Fargo Bank, N.A. Wells Fargo Card Services<br>PO Box 10438<br>Des Moines, IA 50306 | Disb of 3.44% to Claim #00006 | 7100-000 | | 246.26 | 904.33 |
| 03/05/2019 | 51009 | Greensky LLC<br>1797 Northeast Expy NE Ste 100<br>Brookhaven, GA 30329 | Disb of 3.44% to Claim #00007 | 7100-000 | | 904.33 | 0.00 |
| | | | | Page Subtotals | 0.00 | 4,492.00 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-02618 | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|
| Case Name: | Petty, Janice | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******9758 Checking Account |
| Taxpayer ID No: | **-***4371 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/21/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 7,500.00 | 7,500.00 |
| Less:Bank Transfer/CD's | | 0.00 | 0.00 |
| **SUBTOTALS** | | 7,500.00 | 7,500.00 |
| Less: Payments to Debtors | | | 0.00 |
| **Net** | | 7,500.00 | 7,500.00 |

| | | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
|---|---|---|---|---|---|
| All Accounts Gross Receipts: | 7,500.00 | | | | |
| All Accounts Gross Disbursements: | 7,500.00 | ******9758 Checking Account | 7,500.00 | 7,500.00 | |
| All Accounts Net: | 0.00 | **Net Totals** | 7,500.00 | 7,500.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 9)                                                                                                           **Exhibit 9**